UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ALEXIS NIEVES,

           Defendant.
-------------------------------------------------------------X

**ORDER**

24-CR-00261 (BCM)

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed during Defendant's plea hearing on April 29, 2024, the sentencing proceeding in this case is scheduled for October 29, 2024 at 10:00 a.m., in courtroom 20A. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than October 22, 2024.

Dated: New York, New York
        April 29, 2024

                                    SO ORDERED.

                                    _____
                                    **Barbara Moses**
                                    **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2024