```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/12/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ALEXIS NIEVES,

           Defendant.
-------------------------------------------------------------X

**ORDER**

24-CR-00261 (BCM)

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the appointment of new defense counsel, the deadline for defendant's objections to the Presentence Report is extended to July 26, 2024. The deadline for probation department's final disclosure of the Presentence Report is extended to August 9, 2024.

Dated: New York, New York
       July 12, 2024

                          SO ORDERED.

                          _____
                          **Barbara Moses**
                          **United States Magistrate Judge**