```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | **24 Cr. 261 (BCM)** |
| ALEXIS NIEVES, | |
| *Defendant.* | |

      The Cashier for the United States District Court for the Southern District of New York is respectfully directed to accept a restitution payment of $4,500 from defendant Alexis Nieves prior to sentencing. The payment shall be deposited and held in the Court's registry account until a final Restitution Order is entered by the Court, at which point the funds shall be transferred as provided by the Restitution Order.

Dated: New York, New York
       October 17, 2024                                    **SO ORDERED.**

                                                             **BARBARA MOSES**
                                                              **United States Magistrate Judge**